**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SYLVIA B. R.,[1]

                        Plaintiff,

        v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.

Case No. 2:22-cv-6187-MAR

JUDGMENT

     Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED:  August 4, 2023

_____
MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.